## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA CURTIS CLARK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 15-00215-CG-B |
| | ) CIVIL ACTION NO. 18-00135-CG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DENIED** and that a certificate of appealability is **DENIED**.

**DONE and ORDERED** this 30thday of December, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE